```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

NATHAN ROLLINS                                  CIVIL ACTION

VERSUS                                          NUMBER: 05-1961

MAJOR KEITH BICKHAM, ET AL.                     SECTION: "I"(5)
```

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Nathan Rollins, which is **OVERRULED**, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the claims of plaintiff, Nathan Rollins, are **DISMISSED** with prejudice at his costs.

New Orleans, Louisiana, this ___11th___ day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE